**297 JONES vs. CIRCUIT JUDGE (Kent), 35 M., 494.**

To vacate an order transferring a Chancery cause, some of the parties to which resided in the City of Grand Rapids and others without, to the Superior Court, and to proceed with said case according to the practice of said Circuit Court.

Granted January 19, 1877.

**298 JONES vs. CIRCUIT JUDGE (Kent), 34 M., 373.**

To compel the vacation of an order transferring a cause from the Circuit to the Superior Court.

Denied June 21, 1876, on the ground that the record failed to show upon what papers the circuit judge based his action.

**299 SCOTT ET AL. vs. CIRCUIT JUDGE (Wayne), 58 M., 311.**

**300 SCOTT ET AL. vs. SUPERIOR COURT JUDGE (Detroit), 58 M., 311.**

To vacate orders in a certain cause made since proceedings taken to remove said cause to the Superior Court, and to vacate an order for the appointment of a receiver for an assigned estate.

Denied October 28, 1885.

Held, that statutory proceedings to take charge of and administer assigned estates are special and peculiar, and are not removable to a court of merely municipal jurisdiction, and that mandamus will not lie to review an order for the appointment of a receiver of an assigned estate.